1

BAIRD, WILLIAMS & GREER, L.L.P.
2      6225 NORTH 24TH STREET, SUITE 125
       PHOENIX, ARIZONA 85016
3      TELEPHONE (602) 256-9400

4  Michael C. Blair (018994)
        mblair@bwglaw.net
5  Attorneys for plaintiff

6                    IN THE UNITED STATES DISTRICT COURT

7                           DISTRICT OF ARIZONA

8  Michael D. Peters, a married man,           )  No. 2:14-CV-00576-ROS
                                               )
9                    Plaintiff,                )  **Joint Status Report Following Rule 26(f)**
                                               )  **Conference**
10  vs.                                        )
                                               )
11  LifeLock, Inc., an Arizona corporation, Kim )           **- AND -**
   Jones, an Ohio citizen; Cristy Schaan, an   )
12  Arizona citizen,                           )  **Stipulated Request to Continue**
                                               )  **Deadlines For Filing Proposed Case**
13                   Defendants.               )  **Management Plan And Scheduling**
   _____  )  **Order**
14  LifeLock, Inc., an Arizona corporation,    )
                                               )
15                   Counterclaimant,          )
                                               )
16  vs.                                        )
                                               )
17  Michael D. Peters, a married man,          )
                                               )
18                   Counterdefendant.         )
   _____  )
19

20         On August 26, 2014, the parties met as required by Rule 26(f) Fed. R. Civ. P. to discuss the

21  status of the case and discovery going forward. The meeting was productive and resulted in several

22  agreements. The main agreements are:

23         •       The parties agreed to mediate this dispute before a private mediator within 45-60 days

24  after the court rules on the pending motions to dismiss and motion for judgment on the pleadings.[1]

25  _____

26         [1] Defendant LifeLock filed a motion to dismiss count II re plaintiff's Dodd-Frank Act claim
   on April 21, 2014, at document number 15; plaintiff filed his response on May 8, 2014, at document
27  number 25; and LifeLock filed its reply on May 19, 2014, at document number 29.

28
           Defendant Cristy Schaan filed her motion to dismiss count IV for defamation, the only claim
   asserted against her, on April 25, 2014, at document number 21; Peters filed his response on May

The court's rulings on those motions will affect the scope of the mediation. The parties believe that a ruling from the court on those motions is needed before proceeding with mediation.

•       Pending the mediation, the parties agreed to ask the court to delay the exchange of initial disclosures and the preparation of a case management plan and a proposed scheduling order. The parties also have reached other agreements regarding discovery, including that the parties would serve discovery in order to facilitate the mediation and have agreed that responses will be due sixty days after service or as may be further agreed by the parties based on when the mediation in the matter is likely to occur.

•       If the mediation is unsuccessful, the parties agreed they will ask the court to schedule another case management conference around 30 days after the mediation, as the court's schedule permits. The parties will then prepare and file a proposed case management plan and scheduling order.

Based on these agreements, and others, the parties ask this court to continue the deadlines for filing a joint proposed case management plan, proposed scheduling order, and exchanging initial disclosures until after a mediation takes place. If the mediation is successful, then the parties will file a stipulation to dismiss. If it is unsuccessful, the parties will ask the court to set a new Rule 16 scheduling conference with the appropriate deadlines for filing a proposed case management plan,

---

12, 2014, at document number 28; and Schaan filed her reply on May 22, 2014, at document number 31.

Plaintiff Michael Peters filed his motion for judgment on the pleadings as to the unjust enrichment claim in the counterclaim on June 2, 2014, at document number 34; LifeLock filed its response on June 19, 2014, at document number 36; and Peters filed his reply on June 30, 2014, at document number 37.

Defendant Kim Jones filed his own motion to dismiss that was fully briefed. However, Peters and Jones recently settled the dispute between them and filed a stipulation to dismiss Jones on August 27, 2014, at document number 41. That stipulation to dismiss renders Jones's motion to dismiss moot.

proposed scheduling order, and exchanging initial disclosures. The case would then proceed pursuant to the discovery order to be entered by the court.

With all due respect for the court's extremely heavy caseload, the parties ask the court to issue a ruling on the pending motions as soon as it can so the parties can move forward with the mediation with the hope that this case can be resolved.

A proposed order has been submitted herewith for the court's convenience.

Respectfully submitted this 10th day of September 2014.


  /s/ Michael C. Blair
Michael C. Blair
*Baird, Williams & Greer, LLP*
6225 North 24th Street, Suite 125
Phoenix, Arizona 85016
Attorneys for plaintiff


  /s/ Cynthia A. Ricketts w/permission
Cynthia A. Ricketts
Sacks, Ricketts & Case LLP
2800 North Central Avenue, Suite 1230
Phoenix, AZ 85004
Attorneys for defendant LifeLock, Inc.
and defendant Cristy Schaan


  /s/ Charles B. Leuin w/permission
Charles B. Leuin
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Attorneys for defendant LifeLock, Inc

**Certificate of Service**

I, Michael C. Blair, hereby certify that I caused the attached document, joint status report following rule 26(f) conference and stipulated request to continue deadlines for filing proposed case management plan and scheduling order, to be filed with the clerk of the court's CM/ECF system, which sends notification of filings and a notice of electronic filing to all CM/ECF registrants:

Cynthia A. Ricketts
cricketts@sacksrickettscase.com
Katherine L. Pappas-Benveniste
kbenveniste@sacksrickettscase.com
Sacks, Ricketts & Case LLP
2800 North Central Avenue, Suite 1230
Phoenix, AZ 85004
Attorneys for defendant LifeLock, Inc.
and defendant Cristy Schaan

Charles B. Leuin (Admitted Pro Hac Vice)
leuinc@gtlaw.com
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Attorneys for defendant LifeLock, Inc.

Dated this 10th day of September 2014.

    /s/ Michael C. Blair    
Michael C. Blair