# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael D. Peters, | No. CV-14-00576-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| LifeLock Incorporated, et al., | |
| Defendants. | |

The Court having been notified that this matter has settled in its entirety (Doc. 90),

**IT IS ORDERED** this action will be dismissed with prejudice by the Clerk's Office without further notice on **November 30, 2015**, unless prior thereto a request for reinstatement on the Court's trial calendar is filed herein.

**IT IS FURTHER ORDERED** all pending motions are denied with leave to reinstate should this matter fail to finalize.

**IT IS FURTHER ORDERED** the November 23, 2015 interim status conference is **VACATED**.

Dated this 29th day of October, 2015.

Honorable Roslyn O. Silver
Senior United States District Judge