# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael D. Peters,<br><br>                Plaintiff,<br><br>v.<br><br>LifeLock Incorporated, et al.,<br><br>                Defendants. | No. CV-14-00576-PHX-ROS<br><br>**ORDER** |

Pursuant to the parties' Stipulation to Dismiss with Prejudice (Doc. 92),

**IT IS ORDERED** all claims, counterclaims, and parties in this action are dismissed with prejudice, the parties to bear their own attorneys' fees and costs.

Dated this 24th day of November, 2015.

Honorable Roslyn O. Silver
Senior United States District Judge